# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132710

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN TKACHIK, Successor Personal
Representative of the Estate of JANET
ELAINE MANDEVILLE, Deceased,
　　　　　Plaintiff-Appellant,

v

SC: 132710
COA: 270253
Macomb CC: 03-178658-CZ

FRANK MANDEVILLE, JR.,
　　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the November 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319